Kathleen C. Jeffries (State Bar #110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

Attorneys for Defendant
SUMMIT NW CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILN ASIA LIMITED,<br><br>        Plaintiff,<br><br>   vs.<br><br>SUMMIT NW CORPORATION; ACT INTERNATIONAL CORPORATION, INC.; AND KAREN AGHAKHANYAN dba K & G TRUCKING,<br><br>        Defendants. | Case No. 2:14-cv-04160 CAS-FFM<br><br>(~~PROPOSED~~) ORDER ON STIPULATION RE DISMISSAL |

Based upon the stipulation by and between the remaining parties hereto, plaintiff Kiln Asia Limited and defendant Summit NW Corporation, through their respective counsel of record, and the facts that a settlement agreement has been reached between such parties for full resolution of the above-referenced case and that the terms of said agreement have been satisfied,

///

///

///

1

ORDER ON STIPULATION RE DISMISSAL

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice as against Summit NW Corporation and without prejudice as against all remaining defendants.

*[signature: Christina A. Snyder]*

Dated: April 15, 2015

ORDER ON STIPULATION RE DISMISSAL